ROBERT L. JOHNSON,

     Plaintiff,

UNITED STATES OF AMERICA, NILE-ELIJAH J.      Case Number:
ROBINSON, STATE OF WISCONSIN DEPARTMENT
OF HEALTH SERVICES, NETWORK HEALTH
PLAN, and UNITEDHEALTHCARE OF WISCONSIN,

     Defendants.

## CIVIL COMPLAINT

**NOW COMES** the Plaintiff, Robert L. Johnson, by and through her attorneys, Hupy and

Abraham, S.C., by Attorney Todd R. Korb, and as for her Complaint against the Defendants,

alleges and shows to the Court as follows:

## JURISDICTION AND VENUE

1.     That this is a civil action or claim against the United States of America arising out

of the Federal Tort Claims Act, 28 U.S. Code § 2674, and therefore this Court has subject matter

jurisdiction pursuant to 28 U.S.C. § 1346.

2.     That the Plaintiff submitted proper notice and proof of his claim for injuries and

damages to the United States Postal Service on June 17, 2025; that the United States Postal Service

acknowledged this notice and proof of claim as received on July 16, 2025; that the United States

United States Postal Service neither settled nor denied the Plaintiff's claim within six months of

receipt of the notice and proof of claim; that the Plaintiff has hereby deemed this non-response a

denial of her claim pursuant to 28 U.S.C. § 2675(a); and that therefore the Plaintiff has exhausted her administrative remedies pursuant to 28 U.S.C. § 2401 and Fed. R. Civ. P. 9(c).

3. That the events causing the Plaintiff's injuries took place in the City and County of Milwaukee, Wisconsin, and therefore venue is proper in the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1391(b)(2) and 32 C.F.R. § 750.32.

**PARTIES**

4. That the Plaintiff, Robert L. Johnson, is an adult resident of the City and County of Milwaukee, Wisconsin, currently residing at 4047 North 7th Street, Zip Code 53209.

5. That the Defendant, United States of America, is amenable to suit under the provisions of the Federal Tort Claims Act, 28 U.S.C. § 1346(b); that pursuant to Fed. R. Civ. P. 4(i)(1)(A), service of process upon the Defendant, United States of America, shall be delivered to Acting United States Attorney for the Eastern District of Wisconsin, Brad D. Schimel, located at 517 East Wisconsin Avenue, Suite 530, Milwaukee, Wisconsin, Zip Code 53202; that pursuant to Fed. R. Civ. P. 4(i)(1)(B), service of process upon the Defendant, United States of America, shall also be sent by registered or certified mail to the Acting United States Attorney General, Todd Blanche, located at 950 Pennsylvania Avenue Northwest, Washington, District of Columbia, Zip Code 20530; and that the Defendant, United States of America, employed and/or used as an agent the Defendant, Nile-Elijah J. Robinson, at the time of the accident that occurred on or about October 16, 2024.

6. That the Defendant, Nile-Elijah J. Robinson, upon information and belief, is a resident of the City and County of Milwaukee, Wisconsin, currently residing 2856 North 54th Street, Zip Code 53210; and that the Defendant, Nile-Elijah J. Robinson, was employed by and/or an agent of the Defendant, United States of America, at all times material hereto.

2

7. That the Defendant, State of Wisconsin Department of Health Services, is a governmental agency responsible for administering the State of Wisconsin Medical Assistance Program; that legal process for the Defendant, State of Wisconsin Department of Health Services, shall be served upon Secretary-designee Kirsten L. Johnson, located at the Executive Team, 201 East Washington Avenue, Room B300, Madison, Wisconsin, Zip Code 53703; and that the Defendant, State of Wisconsin Department of Health Services, alleges to have paid out money on behalf of the Plaintiff, Robert L. Johnson, and is therefore named as a subrogated party in this action pursuant to Fed. R. Civ. P. 19 (a)(1)(B).

8. That Defendant, Network Health Plan, is a domestic health maintenance organization, organized and existing under the laws of Wisconsin, with its principal place of business located at 1570 Midway Place, Menasha, Wisconsin, Zip Code 54952; that the registered agent in Wisconsin for the Defendant, Network Health Plan, is John Becker, also located at 1570 Midway Place, Menasha, Wisconsin, Zip Code 54952; and that the Defendant, Network Health Plan, alleges to have paid out money on behalf of the Plaintiff, Robert L. Johnson, and is therefore named as an alleged subrogated party in this action pursuant to Fed. R. Civ. P. 19(a)(1)(B).

9. That the Defendant, Network Health Plan, is not entitled to reimbursement or subrogation.

10. That the Defendant, UnitedHealthcare of Wisconsin, Incorporated, is a domestic health maintenance organization, organized and existing under the laws of Wisconsin, with its principal place of business located at 125 South 84th Street, Suite 400, Milwaukee, Wisconsin, Zip Code 53214; that the registered agent in Wisconsin for the Defendant, UnitedHealthcare of Wisconsin, Incorporated, is CT Corporation System, located at 301 South Bedford Street, Suite One, Madison, Wisconsin, Zip Code 53703; and that the Defendant, UnitedHealthcare of

3

Wisconsin, Incorporated, alleges to have paid out money on behalf of the Plaintiff, Robert L. Johnson, and is therefore named a subrogated party in this action pursuant to Fed. R. Civ. P. 19(a)(1)(B).

11. That the Defendant, UnitedHealthcare of Wisconsin, Incorporated, is not entitled to reimbursement or subrogation.

**CAUSE OF ACTION**

12. That on or about October 16, 2024, the Plaintiff, Robert L. Johnson, was the passenger of a motor vehicle, operated by Ricco Hogue, traveling westbound on West Cameron Avenue, at or near the intersection with North 31st Street, in the City and County of Milwaukee, Wisconsin; and that at that same time and place, the Defendant, Nile-Elijah J. Robinson, was the operator of a motor vehicle, also traveling westbound on West Cameron Avenue, when he negligently operated his motor vehicle and created an unsafe condition, causing a collision with the motor vehicle in which the Plaintiff, Robert L. Johnson, was a passenger, thereby causing the Plaintiff's injuries and damages as hereafter described.

13. That the foregoing acts of negligence on the part of the Defendant, Nile-Elijah J. Robinson, were the direct and proximate cause of the injuries and damages sustained by the Plaintiff, Robert L. Johnson.

14. That, upon information and belief, the foregoing acts of negligence on the part of the Defendant, Nile-Elijah J. Robinson, were committed while the Defendant, Nile-Elijah J. Robinson, was acting in the course and scope of his employment and/or agency with the Defendant, United States of America.

15. That pursuant to 28 U.S.C. § 2674, the Defendant, United States of America, is liable for the negligence of the Defendant, Nile-Elijah J. Robinson.

4

16. That as a result of the foregoing acts of negligence on the part of the Defendant, Nile-Elijah J. Robinson, the Plaintiff, Robert L. Johnson, sustained injuries to his body and suffered emotional distress; that he has suffered pain and may continue to suffer pain for an indefinite time in the future; that he was required to seek medical attention; that he may be required to seek additional and continued medical attention in the future and to expend large sums of money for said medical attention; and that he was unable to engage in her normal activities for a period of time, and may continue to be so restricted, all to his damage.

**WHEREFORE**, the Plaintiff, Robert L. Johnson, demands Judgment against the Defendant in the following forms: for compensatory damages as the Court may deem just and equitable, together with costs and disbursements of this action, reasonable attorney's fees associated with this action, for dismissal of any and all subrogation or reimbursement claims in this matter, and any further relief the Court may deem just and equitable.

Dated this 26th day of April, 2026.

<u>*Electronically signed by: Todd R. Korb*</u>
Todd R. Korb
State Bar Number: 1026950
Attorney for Plaintiff, Robert L. Johnson
Hupy and Abraham, S.C.
111 East Kilbourn Avenue, Suite 1100
Milwaukee, Wisconsin 53202
Telephone: (414) 223-4800
Email: TKorb@hupy.com